**SEALED**

**FILED**
MAR - 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:12-CR-0081 JAM |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| JIMMY JACK CHARLES BUCKLEY, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Heiko P. Coppola to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 3/1/12

_____
DALE A. DROZD
United States Magistrate Judge