# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JIMMY JACK CHARLES BUCKLEY,

)
)
)

CR NO: 2:12-CR-0081 (SEALED)

**SEALED**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum        ☐ Ad Testificandum.

Name of Detainee:    **JIMMY JACK CHARLES BUCKLEY,**

Detained at (custodian):    **Red Rock Correctional Center**

Detainee is:    a.)    ☒    charged in this district by:
                ☒ Indictment        ☐ Information        ☐ Complaint
                Charging Detainee With:    **Felon in Possession of a Firearm**

    or    b.)    ☐    a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐    return to the custody of detaining facility upon termination of proceedings
    or    b.)    ☒    be retained in federal custody until final disposition of federal charges, as a sentence is
                currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

        Signature:        /s/ Michael D. McCoy
        Printed Name & Phone No: **MICHAEL D. McCOY (916) 554-2798**
        Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

        ☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 6, 2013

_____
Date

_____
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    _____    Male ☒    Female ☐

Booking or CDC #:    AF1936    DOB:    07/26/1973

Facility Address:    Red Rock Correctional Center    Race:

        1750 East Arica Road, Eloy Arizona 85153    FBI #:

Facility Phone:    (520) 464-3800

Currently Incarcerated For:    Burglary in second degree, CA Penal Code §459

## RETURN OF SERVICE

Executed on _____ by _____    _____
                                             (Signature)