# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

JIMMY JACK CHARLES BUCKLEY,

)
)
)

CR NO: 2:12-CR-0081 (SEALED)

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
              ☒ Ad Prosequendum              ☐ Ad Testificandum.

Name of Detainee:      **JIMMY JACK CHARLES BUCKLEY,**

Detained at (custodian):     **California DOC / Red Rock Correctional Center**

Detainee is:   a.)   ☒   charged in this district by:
                         ☒ Indictment       ☐ Information       ☐ Complaint
                         Charging Detainee With:    **Felon in Possession of a Firearm**

    or    b.)   ☐   a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐   return to the custody of detaining facility upon termination of proceedings
    or    b.)   ☒   be retained in federal custody until final disposition of federal charges, as a sentence is
                    currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

               Signature:_____/s/ Michael D. McCoy_____
               Printed Name & Phone No: **MICHAEL D. McCOY (916) 554-2798**
               Attorney of Record for:_____United States of America_____

## WRIT OF HABEAS CORPUS
          ☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

February 7, 2013

Date

*[signature]*

United States Magistrate Judge

Please provide the following, if known:

   AKA(s) (if applicable): _____   Male ☒    Female ☐

   Booking or CDC #:   _AF1936_____   DOB:   _07/26/1973_

   Facility Address:   _California DOC / Red Rock Correctional Center_   Race: _____

                  _1750 East Arica Road, Eloy Arizona 85153_   FBI #: _____

   Facility Phone:   _(520) 464-3800_

   Currently Incarcerated For:   Burglary in second degree, CA Penal Code §459

### RETURN OF SERVICE

Executed on _____ by _____       _____
                                                      (Signature)