1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00081 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM APRIL 9, 2013 TO MAY 21, 2013 |
| v. | |
| JIMMY JACK BUCKLEY, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 9, 2013.

2. By this stipulation, the parties move to continue the status conference until May 21, 2013, and to exclude time between April 9, 2013, and May 21, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Discovery has been produced directly to counsel and/or made available for inspection and copying.

   b. Counsel for defendant needs additional time to consult with his client, to review the current charge, to conduct investigation and research related to the charge, to prepare pretrial motions, discuss potential resolutions with his client

1

and/or otherwise prepare for trial.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government joins in the request for the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2013, to May 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    April 3, 2013

    /s/ Michael D. McCoy
    MICHAEL D. McCOY
    Assistant United States Attorney

DATED:    April 3, 2013

    /s/ Danny D. Brace, Jr.
    DANNY D. BRACE, JR.
    Counsel for Defendant EDWIN WILLIAM BALERO
    Per telephone authorization

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JIMMY JACK BUCKLEY,<br><br>            Defendant. | CASE NO.  2:12-CR-00081 JAM<br><br>ORDER CONTINUING STATUS CONFERENCE FROM APRIL 9, 2013, TO MAY 21, 2013 |

The parties' stipulation is approved and so ordered.  The time beginning April 9, 2013, until May 21, 2013 at 9:45 a.m., is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A), (B)(iv); [Local Code T4].  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 et seq.

Dated: 4/3/2013                               /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge