UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 22, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY JACK CHARLES BUCKLEY,

Defendant.

Case No. 2:12-CR-00081-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JIMMY JACK CHARLES BUCKLEY, Case No. 2:12-CR-00081-01 Charge 18 U.S.C. § 3606, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

**X** (Other): Ordered to be released on Friday morning, August 23, 2019 to the United States Marshal's Office, on the terms and conditions stated on the record. The defendant is ordered to complete a 90 day residential treatment program and report to Wellspace.

Issued at Sacramento, California on August 22, 2019 at 9:45 AM.

By: _____

District Judge Troy L. Nunley