IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY JACK CHARLES BUCKLEY,<br><br>Defendant. | Case №: 2:12-cr-00081-TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant will confirm that he/she is financially unable to obtain counsel at his initial appearance. He wishes counsel be appointed to represent him/her for a petition to violate his supervised release. Mr. Long needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Michael Long is appointed to represent the above defendant in this case effective *nunc pro tunc* to September 24, 2020.

This appointment shall remain in effect until further order of this court.

DATED: October 8, 2020

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL                                1