MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JIMMY JACK BUCKLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>         Plaintiff, <br><br> v. <br><br> JIMMY JACK BUCKLEY, <br><br>         Defendant. | ) No. 2:12-cr-081 TLN <br> ) <br> ) <br> ) REQUEST FOR THE USPO TO RELEASE <br> ) THE PSR [ECF 28] TO BOTH THE USA AND <br> ) THE DEFENSE; ORDER <br> ) <br> ) <br> ) |

     Neither the prosecutor, AUSA Adrian Kinsella, nor Mr. Buckley's defense attorney, Michael Long, has a copy of the final pre-sentence report (ECF 28, filed on 9/26/2013).  It is respectfully requested that the Court give permission to USPO Becky Fidelman to release the final pre-sentence report to both AUSA Kinsella and to CJA defense attorney Michael Long.  Both Mr. Kinsella and Mr. Long need to read the final pre-sentence report to prepare for the sentencing of Mr. Buckley.

Dated:  July 22, 2021                    Respectfully submitted,

                                       /s/  Michael Long
                                       MICHAEL LONG
                                       CJA Attorney for Mr. Buckley

     IT IS SO ORDERED.

Dated:  July 23, 2021

                                       Troy L. Nunley
                                       United States District Judge